Jeremy J. Nork
State Bar No. 4017
jnork@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Plaintiff Bank of the West*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>       Plaintiff,<br>    v.<br><br>MONUMENT CAPITAL, INC., a Nevada corporation; THOMAS H. McCORMICK, an individual; CRISTEN J. McCORMICK, an individual; THE McCORMICK FAMILY TRUST, a trust situated in the State of Nevada; and DOES I –X, inclusive.<br><br>       Defendants. | CASE NO. 2:09-cv-01889-ECR-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the parties, through their designated counsel that the above-captioned matter brought by Plaintiff Bank of the West is hereby dismissed *with prejudice.*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

1

The parties further agree and stipulate that each party shall bear its own costs, expenses, and attorneys' fees related to this action.

DATED this 8th day of July, 2011.   DATED this 8th day of July, 2011.

/s/ Jeremy J. Nork
Jeremy J. Nork, Esq.
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000

*Attorneys for Plaintiff Bank of the West*

/s/ Frank M. Flansburg
Frank M. Flansburg III, Esq.
Marquis Aurbach & Coffing
10001 Park Run Drive
Las Vegas, Nevada 89115
Telephone: (702) 382-0711

*Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

Dated: July 12, 2011.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE